UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LATASHA JACKSON,

        Plaintiff,

   v.

CITY OF BELLINGHAM, *et al*.,

        Defendants.

CASE NO. 2:25-cv-00400-RSL

ORDER STRIKING NOTICE OF JOINDER

    This matter comes before the Court on plaintiff's "Notice of Joinder of Party." Dkt. # 5. The notice is STRICKEN. If plaintiff intends to amend her complaint, she must comply with the requirements of Fed. R. Civ. P. 15 and LCR 15. Because this is plaintiff's first amendment and defendants have not yet responded, she may do so by filing a revised complaint with the changes she wants made. If, as appears to be the case, plaintiff wants to add another pro se litigant as a plaintiff, the new party must indicate her willingness to serve as plaintiff by signing the amended complaint.

    Dated this 24th day of March, 2025.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER STRIKING NOTICE OF JOINDER - 1